IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 3D DESIGNS, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>DEMPSTERS LLC, DEMPSTERS MANUFACTURING LLC, and RYAN MITCHELL,<br><br>        Defendants. | **4:20CV3063**<br><br>**ORDER** |

On October 13, 2020, Defendant Ryan Mitchell filed an answer in this case, *pro se*, as an individual defendant. (Filing No. 18). Mitchell also filed an answer on behalf the entity-defendants: Dempsters, LLC and Dempsters Manufacturing, LLC. (Filing No. 19). However, Defendants Dempsters, LLC and Dempsters Manufacturing, LLC cannot litigate in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994). If Mitchell is a licensed attorney, he has not taken any of the necessary steps to appear in this case *pro hac vice* or to inform the court of an attorney-client relationship between himself and the entity-defendants.

Accordingly, IT IS ORDERED:

1) On or before November 5, 2020, Defendants Dempsters, LLC and Dempsters Manufacturing, LLC shall obtain the services of counsel and have that attorney file an appearance in this case or have any currently retained counsel enter his or her appearance. The failure to do so may result in an entry of default and/or a default judgment against the entity-defendants.

2) The answer filed on behalf of Defendants Dempsters, LLC and Dempsters Manufacturing, LLC (Filing No. 19) is stricken as an unauthorized practice of law. The entity-defendants are given leave to refile an answer or other response, through counsel, on or before November 5, 2020.

Dated this 15th day of October, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge