IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 3D DESIGNS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>RYAN MITCHELL,<br><br>    Defendant. | 4:20CV3063<br><br>**SHOW CAUSE ORDER** |

  On January 11, 2021, the Court entered an order (Filing No. 28) which required the parties to confer and file a Rule 26(f) Report on February 25, 2021. Defendant Ryan Mitchell did not comply with that order. A telephone conference with the undersigned was scheduled to be held on March 4, 2021. The court's order noticing the hearing was both mailed and emailed to Defendant Mitchell. He did not attend the hearing and to date, has not explained his failure to attend or to comply with the court's orders.

  Accordingly,

IT IS ORDERED that Defendant Ryan Mitchell is given until April 2, 2021 to show cause why the court should not enter a default and/or default judgment against him. The failure to timely comply with this order may result in an entry and/or judgment of default against Defendant Ryan Mitchell without further notice.

Dated this 8th day of March, 2021.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge