IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 3D DESIGNS, INC.,<br><br>        Plaintiff,<br><br>   vs.<br><br>RYAN MITCHELL,<br><br>        Defendant. | **4:20CV3063**<br><br>**SHOW CAUSE ORDER** |

The court entered a show cause order on March 8, 2021 indicating that the remaining defendant, Ryan Mitchell, was given until April 2, 2021 to show cause related to his failure to comply with court orders, failure to appear at a properly noticed hearing, and general failure to defend this action after he filed his original answer. There has been no response from defendant and no further litigation activity on behalf of the plaintiff.

Accordingly, IT IS ORDERED the parties shall have until July 12, 2021 to show cause why this case should not be dismissed for want of prosecution.

Dated this 28th day of June, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge