IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| 3D DESIGNS, INC., | |
| Plaintiff, | 4:20CV3063 |
| vs. | |
| RYAN MITCHELL, et al., | ORDER |
| Defendants. | |

Upon review of the docket, Plaintiff did not serve its Motion for Equitable Lien, Filing No. 74, or corresponding brief, Filing No. 75, on defaulted defendants Dempsters LLC and Dempsters Manufacturing LLC.

Accordingly,

IT IS ORDERED that Plaintiff shall have until December 16, 2025 to:

1) File a certificate of service certifying Plaintiff served its motion and corresponding brief on Dempsters LLC and Dempsters Manufacturing LLC pursuant to one of the methods outlined by Federal Rule of Civil Procedure 4 or;

2) Show cause as to why Plaintiff did not serve its motion and corresponding brief on Dempsters LLC and Dempsters Manufacturing LLC. In doing so, Plaintiff shall address (1) whether its motion is asserting a new claim for relief, see Fed. R. Civ. Proc. 5, and (2) whether due process entitles

...
...

Dempsters LLC and Dempsters Manufacturing LLC to notice of Plaintiff's motion.

The failure to timely comply with this Order may result in the denial of Plaintiff's motion.

Dated this 18th day of November, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge